**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | **No. CR10-4098-DEO** |
| Plaintiff, | ) | |
| | ) | **DEFENDANT'S MONTHLY STATUS** |
| vs. | ) | **REPORT** |
| | ) | |
| CHRISTOPHER METTIN, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW, the defendant, Christopher Mettin, by and through his undersigned counsel, and in compliance with the Criminal Trial Management Order entered in this cause states:

1.  <u>Likelihood of plea</u>:   A plea is likely in this matter.

2.  <u>Plea Agreement</u>:   Parties have negotiated a settlement of this case. No written plea agreement. Case is in the process of being set for plea and sentencing.

3.  <u>Readiness for Trial</u>:   Trial has been set for January 3, 2011.

4.  <u>Motion to Continue</u>:   A motion to continue is not likely.

5.  <u>Days for Trial</u>:   One to two trial days are contemplated.

WHEREFORE, the undersigned defendant submits the foregoing monthly status report to the Court.

Respectfully submitted,

FEDERAL DEFENDER'S OFFICE
701 Pierce Street, Suite 400
Sioux City, Iowa 51101-1036
(712) 252-4158 Telephone

1

(712) 252-4194 Fax
E-mail:Mike_Smart@fd.org
Contact E-Mail:Annette_Torgerson@fd.org

By:  /s/Michael L. Smart
MICHAEL L. SMART
ATTORNEY FOR DEFENDANT

Original Filed with Court.
Copies mailed/ECF to:

Kevin Fletcher
Assistant U.S. Attorney
ATTORNEY FOR PLAINTIFF,
UNITED STATES OF AMERICA

Christopher Mettin,
DEFENDANT

## CERTIFICATE OF SERVICE

I served a copy of this document on the attorneys of record of all parties as follows:
1. Method of Service:  ( √ ) first class mail
( √ ) Electronic service
(    ) certified mail, return receipt requested
2. Date served: December 3, 2010.
I declare that the statements above are true to the best of my information, knowledge, and belief.

   /s/Annette Torgerson

2